**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>2138 Rayburn House Office Building<br>Washington, D.C. 20515,<br><br>                    *Plaintiff*,<br><br>         v.<br><br>MARK DALY, in his official capacity, U.S. Department of Justice, and<br><br>JACK MORGAN, in his official capacity, U.S. Department of Justice,<br><br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530,<br><br>                    *Defendants*. | Case No. 1:24-cv-815 |

# Exhibit Z

-----Original Message-----
From: Castor, Stephen
Sent: Tuesday, September 26, 2023 2:05 PM
To: Zdeb, Sara (OLA) <███████@usdoj.gov>
Subject: RE: Morgan/Daly

Ok we will move the deposition return dates to Oct 26 (Daly) and Oct 30 (Morgan).

Confirming Graves, Estrada, and Goldberg.

I will get back to you on Weiss so I can confirm TI preference over hearing, but please leave 11/7 and 11/8 open.

-----Original Message-----
From: Zdeb, Sara (OLA) <███████@usdoj.gov>
Sent: Tuesday, September 26, 2023 1:35 PM
To: Castor, Stephen <███████@mail.house.gov>
Subject: RE: Morgan/Daly

Thanks. I can confirm there are no scheduling conflicts for Daly on October 26 or Morgan on October 30 (or later that week), so we would appreciate the Committee moving the return dates to those days. That will also give us time to keep discussing the requests.

We are good to confirm the dates below for voluntary TIs by Graves, Estrada, and Goldberg.

We're also good to confirm either November 7 or 8 for Weiss, provide you confirm it will be a voluntary TI and that the committee does not anticipate reupping a request for a second appearance at a hearing in the near term. If you do, we'll need to discuss further whether to proceed with a TI or a hearing before locking in his appearance for the reasons we discussed (i.e., he's available only for a single appearance at this time particularly given resource constraints while his investigation is ongoing).

-----Original Message-----
From: Castor, Stephen <███████@mail.house.gov>
Sent: Tuesday, September 26, 2023 10:42 AM
To: Zdeb, Sara (OLA) <███████@usdoj.gov>
Subject: [EXTERNAL] RE: Morgan/Daly

Yes this is my expectation. Can you confirm the Department would be willing to move the return date on the deposition subpoenas to Oct 26 (Daly) and a tbd date during the week of Oct 30 (Morgan)? We would then work with the Department on a scope understanding for a voluntary transcribed interview.

Can we also confirm dates that you proposed for the other witnesses. Graves (10/3), Estrada (10/20), Goldberg (10/24), and Weiss (11/7 or 11/8).

-----Original Message-----
From: Zdeb, Sara (OLA) <███████@usdoj.gov>
Sent: Tuesday, September 26, 2023 9:23 AM
To: Castor, Stephen <███████@mail.house.gov>
Subject: RE: Morgan/Daly

Hi Steve -- just checking in to confirm that you plan to reschedule the return dates for this week's subpoenas. We're operating under that assumption based on our discussion this weekend, and on the witnesses' unavailability this week, but if you could confirm I'd appreciate it.

-----Original Message-----
From: Zdeb, Sara (OLA)
Sent: Sunday, September 24, 2023 5:45 PM
To: Castor, Stephen <██████████@mail.house.gov>
Subject: RE: Morgan/Daly

Hi Steve -- Thanks for chatting yesterday and for your openness to moving next week's dates given the work-related and sensitive personal conflicts, respectively, that we've flagged for Messrs. Daly and Morgan. Obviously, we continue to have more fundamental concerns about the subpoenas for their testimony for various reasons that you and I have discussed, but putting those aside for the moment, my understanding is that there should be no scheduling conflicts on October 26 for Mr. Daly or on October 30 (or any other day that week) for Mr. Morgan. I'd appreciate the opportunity to continue talking about your need for their testimony as your inquiry progresses, but in the meantime, would you mind confirming that you're able to reschedule the return dates of the subpoenas?

I also have some more information for you on SC Weiss. He's available on either November 7 or November 8. As discussed, we're able to make him available for a single appearance in the near term to discuss the subject of his authority (including questions about the October 7 meeting). My understanding from our discussion is that your priority is to bring him in for a TI. We're happy to lock in a voluntary TI for either of those dates provided this will, in fact, be his only near-term appearance. If you anticipate reupping a hearing request after a TI and while his investigation is ongoing (as opposed to at the conclusion of his investigation, when we would expect the committee to request a hearing with him like other recent special counsels), then we should discuss now whether to proceed with a hearing as opposed to a TI on one of those dates, because given resource constraints we can't do both.

Happy to discuss if helpful. Thanks again for taking time out of your weekend to connect yesterday.

Sara

-----Original Message-----
From: Castor, Stephen <██████████@mail.house.gov>
Sent: Saturday, September 23, 2023 4:59 PM
To: Zdeb, Sara (OLA) <████████@usdoj.gov>
Subject: [EXTERNAL] Re: Morgan/Daly

Yes, I have read the letter. I just tried you. Can also talk tomorrow.

> On Sep 23, 2023, at 1:14 PM, Zdeb, Sara (OLA) <████████@usdoj.gov> wrote:
>
> Hi Steve - sorry to intrude on your weekend, and not sure if you've had a chance to get through the letter we sent late yesterday, but wanted to make sure you'd seen that there are a few timing conflicts for Morgan/Daly next week in addition to the broader issues we've reiterated about their appearances. Do you have a minute sometime this weekend to discuss? I'm free today until around 5:30 and tomorrow from 11 on.