**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

2138 Rayburn House Office Building
Washington, D.C. 20515,

<i>Plaintiff</i>,

v.

MARK DALY, in his official capacity,
U.S. Department of Justice, and

JACK MORGAN, in his official capacity,
U.S. Department of Justice,

950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530,

<i>Defendants</i>.

</td><td>

Case No. 1:24-cv-815

</td></tr>
</table>

# Exhibit EE

| | |
|---|---|
| **From:** | Duval, Kate |
| **To:** | Ferguson, Betsy; Nabity, Caroline |
| **Cc:** | Bidelman, Kiley; Murphy, Bill; Moore, M; Castor, Stephen |
| **Subject:** | RE: Morgan Subpoena |
| **Date:** | Friday, November 3, 2023 1:52:28 PM |
| **Attachments:** | image001.png |
| | Morgan Direction Letter 11022023.pdf |

Caroline and Betsy,

Thank you for our call this afternoon. This email confirms that as we discussed, although our client Jack Morgan has no per se objection to testifying, given the competing constitutional claims and interests expressed by his employer the Department of Justice, he will be following his employer's directive.

You asked for a copy of the letter I received from the Department with that directive. It is attached.

Best,
Kate



**Catherine Duval**
**Zuckerman Spaeder LLP**
███████@zuckerman.com

1800 M STREET NW, SUITE 1000 •  WASHINGTON,  DC 20036-5807
202████ direct • 202████ mobile • 202████ fax

► **Download vCard** | **zuckerman.com**

This transmission (including any attachments) from the law firm of Zuckerman Spaeder LLP may contain information that is confidential and/or subject to the attorney-client privilege or the work product doctrine. Use or dissemination of this information by anyone other than the intended recipient is prohibited and may be unlawful.  If you have received this transmission in error, please immediately notify the sender by return email or contact us by telephone at 202████ and permanently delete all copies.

**From:** Ferguson, Betsy <████████@mail.house.gov>
**Sent:** Thursday, November 2, 2023 7:30 PM
**To:** Duval, Kate <██████@zuckerman.com>
**Cc:** Bidelman, Kiley <████████@mail.house.gov>; Nabity, Caroline <████████@mail.house.gov>; Murphy, Bill <██████@zuckerman.com>; Moore, M <██████@zuckerman.com>; Castor, Stephen <████████@mail.house.gov>
**Subject:** Re: Morgan Subpoena

**EXTERNAL**

How about a call at 1:30pm?

Betsy Ferguson
Committee on the Judiciary
Chairman Jim Jordan
U.S. House of Representatives
(202)███████ (cell)

Sent from my iPhone


On Nov 2, 2023, at 5:58 PM, Duval, Kate <████@zuckerman.com> wrote:

Hi Betsy,

This afternoon was full, but we could talk sometime between 12:30-2pm tomorrow. Does that work on your end?

Best,
Kate

-----Original Message-----
From: Ferguson, Betsy <████████@mail.house.gov>
Sent: Thursday, November 2, 2023 1:48 PM
To: Duval, Kate <██████@zuckerman.com>
Cc: Bidelman, Kiley <████████@mail.house.gov>; Nabity, Caroline <████████@mail.house.gov>; Murphy, Bill <██████@zuckerman.com>; Moore, M <██████@zuckerman.com>; Castor, Stephen <████████@mail.house.gov>
Subject: RE: Morgan Subpoena


 EXTERNAL

Hi Kate,

Thanks for confirming receipt. It would be helpful to connect before Monday. Please let us know your availability for a call later this afternoon or tomorrow before 3pm.

-Betsy

-----Original Message-----
From: Duval, Kate <██████@zuckerman.com>
Sent: Wednesday, November 1, 2023 6:25 PM
To: Castor, Stephen <████████@mail.house.gov>

Cc: Bidelman, Kiley <████████@mail.house.gov>; Ferguson, Betsy <████████@mail.house.gov>; Nabity, Caroline <████████@mail.house.gov>; Murphy, Bill <████████@zuckerman.com>; Moore, M <██████@zuckerman.com>
Subject: Re: Morgan Subpoena

Hi Steve,

Confirming receipt of the subpoena and copying my colleagues. We appreciate your accommodation on scheduling, thank you.

We understand that, because Mr. Morgan is a career civil servant at the Department of Justice being subpoenaed to testify about his work there, the Department has interests and equities in this matter. As discussed on our call with Committee counsel, although we are not parties to the Committee's dialogue with the Department about such equities, we do anticipate needing to be cognizant and respectful of concerns raised by his employer and superiors.

If it would be helpful, always happy to have a call with you and/or other Committee staff.

Best,
Kate Duval
Zuckerman Spaeder LLP
202-██████

Sent from my iPad

On Nov 1, 2023, at 10:40 AM, Castor, Stephen <████████@mail.house.gov> wrote:


EXTERNAL

Ms. Duval,

Attached is a new deposition subpoena for your client Mr. Morgan.  I trust this manner of service is acceptable to you, but if that is not the case, we can make alternative arrangements to serve him.

Best Regards,

Steve Castor
General Counsel
House Judiciary Committee

Rep. Jim Jordan, Chairman