IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>    Plaintiff,<br><br>    v.<br><br>MARK DALY, et al.,<br><br>    Defendants. | Civil Action No. 24-815 (ACR) |

**JOINT MOTION TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION, TO SET BRIEFING SCHEDULE ON THE MERITS, AND TO VACATE THE COURT'S MARCH 22, 2024 MINUTE ORDER**

Counsel for Plaintiff, the Committee on the Judiciary, United States House of Representatives ("Committee"), and counsel for Defendants, Mark Daly and Jack Morgan in their official capacities, have conferred about a briefing schedule to promote orderly and expeditious resolution of this action. The parties have agreed to the following:

1. So long as the Court approves the parties' proposed schedule (or something similarly expeditious), the Committee will withdraw its motion for preliminary injunction, and in its place will move for summary judgment. The Committee will file its motion for summary judgment no later than April 10, 2024.

2. The Defendants will file a combined cross-motion for summary judgment and opposition no later than April 29, 2024.

3. The Committee will file a combined opposition to the Defendants' cross-motion and reply in support of its motion no later than May 16, 2024.

4. The Defendants will file a reply in support of their cross-motion no later than May 31, 2024.

1

5. Because the parties are proposing to brief cross-motions for summary judgment on an expedited schedule, they respectfully ask the Court to vacate the pre-motion-conference requirement set out in the Court's Standing Order. *See* ECF No. 9, § 7.f. The parties believe that doing so will promote the efficient use of the Court's and the parties' resources.

6. The parties have agreed to waive the filing of an answer.

The foregoing schedule, negotiated between the parties, promotes the speedy and efficient resolution of this matter, and should therefore be adopted. A proposed order accompanies this motion.

March 27, 2024                    Respectfully submitted,

| | |
|---|---|
| ___/s/ Matthew B. Berry_____ | BRIAN B. BOYNTON |
| Matthew B. Berry (D.C. Bar No. 1002470) | *Principal Deputy Assistant* |
|    General Counsel |    *Attorney General* |
| Todd B. Tatelman (VA Bar No. 66008) | |
|    Deputy General Counsel | BRIAN D. NETTER |
| Bradley Craigmyle (IL Bar No. 6326760) | *Deputy Assistant Attorney General* |
|    Associate General Counsel | |
| Andy T. Wang (D.C. Bar No. 1034325) | |
|    Assistant General Counsel | ___/s/ Elizabeth J. Shapiro_____ |
| Rachel A. Jankowski (D.C. Bar No. 1686346) | ELIZABETH J. SHAPIRO |
|    Assistant General Counsel | (D.C. Bar No. 418925) |
| | JAMES G. GILLIAN |
| OFFICE OF GENERAL COUNSEL | (D.C. Bar No. 422152) |
| U.S. HOUSE OF REPRESENTATIVES | JULIA A. HEIMAN |
| 5140 O'Neill House Office Building | (D.C. Bar No. 986228) |
| Washington, DC 20515 | INDRANEEL SUR |
| Telephone: (202) 225-9700 | (D.C. Bar No. 978017) |
| Matthew.Berry@mail.house.gov | ALEXANDER W. RESAR |
| *Counsel for Plaintiff Committee on the* | (NY Bar No. 5636337) |
| *Judiciary of the U.S. House of Representatives* | |
| | United States Dept. of Justice |
| | Civil Division, Federal Programs Branch |
| | 1100 L Street, NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 514-5302 |
| | Fax: (202) 616-8470 |
| | *Counsel for Defendants* |