IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

    *Plaintiff*,

    v.

MARK DALY, *et al.*,

    *Defendants*.

Case No. 24-cv-815 (ACR)

### ORDER

This case is before the Court on the parties' Joint Motion to Withdraw Motion for Preliminary Injunction, to Set Briefing Schedule on the Merits, and to Vacate the Court's March 22, 2024 Minute Order.  The Court having considered the parties' submissions in support of their request, hereby **ORDERS** that:

    1.  The parties' Joint Motion, Dkt. 12, is **GRANTED**.

    2.  Within three (3) business days of this Order, Plaintiff Committee on the Judiciary, United States House of Representatives (the "Committee") shall withdraw its Motion for Preliminary Injunction (Dkt. 7).

    3.  No later than April 10, 2024, the Committee shall file its motion for summary judgment, together with all supporting papers.

    4.  No later than April 29, 2024, the Defendants shall file their combined cross-motion for summary judgment and opposition to the Committee's motion for summary judgment, together with all supporting papers.

1

5.  No later than May 16, 2024, the Committee shall file its combined reply in support of its motion and opposition to Defendants' cross-motion, together with all supporting papers.

6.  No later than May 31, 2024, the Defendants shall file their reply in support of their cross-motion, together with all supporting papers.

7.  The Court will hold a hearing on the parties' cross-motions for summary judgment on June 6, 2024, at 10:30 a.m. in Courtroom 12.

8.  The pre-motion conference requirements set out in the Court's Standing Order, *see* Dkt. 9, § 7.f, are **VACATED** for purposes of the aforementioned motions for summary judgment.

9.  Defendants shall not be required to respond to the Committee's complaint by answer or by motion under Federal Rule of Civil Procedure 12.

10. The Court's March 22, 2024 Minute Order is hereby **VACATED**.

**SO ORDERED.**

Date: March 27, 2024

                                                                                          _____
                                                                                          ANA C. REYES
                                                                                          United States District Judge