IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>     *Plaintiff*,<br><br> v.<br><br>MARK DALY, *et al.*,<br><br>     *Defendants*. | Case No.  1:24-cv-815-ACR |

**NOTICE OF WITHDRAWAL OF**
**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

  Consistent with the Court's March 27, 2024 Order, *see* ECF No. 13 at 1, Plaintiff Committee on the Judiciary of the United States House of Representatives withdraws its motion for preliminary injunction (ECF No. 7) and, pursuant to the expedited schedule that the Court has ordered, will file its motion for summary judgment no later than April 10, 2024.

Respectfully submitted,

*/s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
  *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
  *Deputy General Counsel*
Bradley Craigmyle (IL Bar No. 6326760)
  *Associate General Counsel*
Andy T. Wang (D.C. Bar No. 1034325)
  *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives*

March 29, 2024