IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

              *Plaintiff*,

    v.                                          Case No. 1:24-cv-815-ACR

MARK DALY, *et al.*,

              *Defendants*.

## PLAINTIFF'S CONSENT MOTION FOR LEAVE TO EXCEED PAGE LIMIT AND ENTER PROPOSED ORDER

1. Pursuant to Local Civil Rule 7(e), Plaintiff Committee on the Judiciary of the United States House of Representatives (Committee) respectfully seeks leave to file a memorandum of points and authorities of up to 55 pages in support of its motion for summary judgment. Pursuant to Local Civil Rule 7(m), counsel for the Committee has conferred with counsel for Defendants Mark Daly and Jack Morgan, who advised that their clients consent to this motion.

2. The Committee filed this lawsuit to enforce deposition subpoenas that it issued to Defendants. In its March 27, 2024 Order, ECF No. 13, this Court granted the parties' joint motion for an expedited briefing schedule for the Committee and Defendants to file their combined cross-motions for summary judgment. The Committee's brief is due on April 10, 2024. *Id.* at 1.

3. This case raises many serious and complex legal issues, *see, e.g.*, ECF No. 1 at 2-6, and in light of the fact that the parties are proceeding directly to cross-motions for summary

1

judgment, they will brief both threshold and merits issues in their memoranda. Given the substantial nature, importance, and number of issues, enlarging the 45-page limit for a brief in support of a motion, as prescribed under Local Civil Rule 7(e), will ensure that the Court is fully informed on all issues necessary to resolve the case. Accordingly, the Committee respectfully seeks leave to exceed the page limit by an additional ten pages, for up to 55 pages of briefing. The Committee will still endeavor to be as concise as possible.

4. A proposed order is submitted with this Motion.

                          Respectfully submitted,

                          */s/ Matthew B. Berry*
Matthew B. Berry (D.C. Bar No. 1002470)
   *General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
   *Deputy General Counsel*
Bradley Craigmyle (IL Bar No. 6326760)
   *Associate General Counsel*
Andy T. Wang (D.C. Bar No. 1034325)
   *Assistant General Counsel*
Rachel A. Jankowski (D.C. Bar No. 1686346)
   *Assistant General Counsel*

OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, DC 20515
Telephone: (202) 225-9700
Matthew.Berry@mail.house.gov

*Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives*

April 4, 2024