**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

        *Plaintiff*,

    v.

MARK DALY, *et al.*,

        *Defendants*.

Case No.  1:24-cv-815-ACR

**[PROPOSED] ORDER**

This case is before the Court on Plaintiff's Consent Motion for Leave to Exceed Page Limit and Enter Proposed Order.  Upon consideration of Plaintiff's Motion and the entire record, and for good cause shown, it is

**ORDERED** Plaintiff's Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff's memorandum of points and authorities in support of its motion for summary judgment may not exceed 55 pages.

**SO ORDERED**.

_____
Date

_____
Hon. Ana C. Reyes
United States District Judge