AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:24-cv-815

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Merrick Garland, U.S. Attorney General

was received by me on *(date)*   March 21, 2024   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:  Pursuant to Fed. R. Civ. P. 4(i), and consistent with an agreement with Defendants' counsel, I mailed via the U.S. Postal Service, Certified and Return Receipt requested, a copy of the summons and complaint, as well as a thumb drive that included electronic copies of all exhibits to the complaint, to Merrick Garland. A copy of the return receipt reflecting delivery on March 28, 2024, and a copy of the certified mail receipt reflecting delivery on March 29, 2024, are attached. Defendants' counsel waived separate service on Mark Daly and Jack Morgan, both of whom are named in their official capacities, as long as service on the United States was completed.

My fees are $   0.00   for travel and $   0.00   for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:  4/17/24

*McKayla Bobitski*
*Server's signature*

McKayla Bobitski, Law Clerk
*Printed name and title*

Office of General Counsel, U.S. House of Representatives
5140 O'Neill House Office Building
Washington, D.C. 20515
*Server's address*

Additional information regarding attempted service, etc:



**UNITED STATES POSTAL SERVICE.**

```
              FORD
       441 2ND ST SW RM H2-121
       WASHINGTON, DC 20515-9995
            (800)275-8777

03/27/2024                    03:21 PM

Product        Qty   Unit    Price
                     Price

Priority Mail®   1            $9.85
Flat Rate Env
  Washington, DC 20530
  Flat Rate
  Expected Delivery Date
    Fri 03/29/2024
  Insurance                   $0.00
    Up to $100.00 included
  Certified Mail®             $4.40
    Tracking #:
    9589 0710 5270 0847 9873 25
  Return Receipt              $3.65
    Tracking #:
    9590 9402 8404 3156 7766 89
Total                        $17.90

Grand Total:                 $17.90

Credit Card Remit.           $17.90
  Card Name: VISA
  Account #: XXXXXXXXXXXX6325
  Approval #: 011650
  Transaction #: 209
  AID: A000000031010      Chip
  AL: VISA CREDIT
  PIN: Not Required     CITI VISA


  In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
        Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
```



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee   $4.40
$

Extra Services & Fees (check box, add fee as appropriate)
☒ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postage   $9.85

Total Postage and Fees
$17.90

Sent To  Merrick Garland  Attorney General
Street and Apt. No., or PO Box No.
950 Pennsylvania Ave NW
City, State, ZIP+4®
Washington, D.C. 20530

PS Form 3800, January 2023          See Reverse for Instructions

Postmark Here
FORD HOUSE POST OFFICE
MAR 27 2024
03/27/2024

9589 0710 5270 0847 9873 25

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:
Merrick Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

9590 9402 8404 3156 7766 89

PS Form 3811, July 2020 PSN 7530-02-000-9053

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
  (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                            ☐ Agent
                             ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 2 8 2024

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

Domestic Return Receipt

# USPS Tracking®

**FAQs >**

**Tracking Number:**

**Remove ✕**

# 95890710527008479 87325

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:59 am on March 29, 2024 in WASHINGTON, DC 20530.

---

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

● **Delivered**
**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
March 29, 2024, 4:59 am

● **Available for Pickup**
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
March 28, 2024, 11:06 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
March 28, 2024, 9:20 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
March 28, 2024, 8:18 am

● **Arrived at USPS Regional Facility**
LINTHICUM HEIGHTS MD DISTRIBUTION CENTER
March 28, 2024, 7:42 am

Feedback

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 28, 2024, 7:04 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 28, 2024, 2:38 am

**Arrived at USPS Regional Facility**

WASHINGTON DC NETWORK DISTRIBUTION CENTER
March 27, 2024, 8:00 pm

**USPS in possession of item**

WASHINGTON, DC 20515
March 27, 2024, 3:20 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs