IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>      *Plaintiff*,<br><br>  v.<br><br>MARK DALY, *et al.*,<br><br>      *Defendants*. | Case No.  1:24-cv-815-ACR |

**UNOPPOSED MOTION TO MODIFY AUGUST 12 MINUTE ORDER**

  Counsel for Defendants hereby moves to modify the Court's minute of August 12, 2024, by permitting the Department of Justice ("Department") to submit one declaration instead of two. As set forth below, good cause exists to support the motion:

  1. On August 12, 2024, the Court ordered the parties to submit sworn declarations addressing certain information specified in the Order. The declarations are to come from "(1) each side's lead attorney and (2) one additional attorney for each side (*i.e.*, two declarations from each side and four declarations in total)." *See* Minute Order, dated Aug. 12, 2024.

  2. At the inception of this case, two Department attorneys were responsible for negotiating with counsel for the Plaintiff – undersigned counsel, Deputy Director Elizabeth J. Shapiro, and Special Litigation Counsel James J. Gilligan. Mr. Gilligan left the Department on June 28, 2024. Since that time, Ms. Shapiro has been solely responsible for communications with counsel for Plaintiff.

3. Although other Department counsel are assigned to this case, none has joined the negotiations with counsel for Plaintiff, with the exception of one in-person meeting. At that meeting, an additional counsel joined Mr. Gilligan and Ms. Shapiro for the purpose of taking notes. Otherwise, that counsel has not participated in the negotiations between the parties and cannot speak to the information requested by the Court.

4. Accordingly, the Department requests that it be permitted to submit just one declaration – that of Ms. Shapiro – attesting to the information outlined in the Court's August 12, 2024, minute order.

5. Undersigned counsel conferred with counsel for Plaintiff regarding this motion, who stated that the Committee did not oppose the relief sought.

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

BRIAN D. NETTER
*Deputy Assistant Attorney General*


   */s/ Elizabeth J. Shapiro*
ELIZABETH J. SHAPIRO
(D.C. Bar No. 418925)
United States Dept. of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20530
Email: elizabeth.shapiro@usdoj.gov
Tel: (202) 514-5302
Fax: (202) 616-8470

*Counsel for Defendants*