IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, <br><br> *Plaintiff*, <br><br> v. <br><br> MARK DALY, *et al.*, <br><br> *Defendants*. | Case No. 1:24-cv-815-ACR |

### DECLARATION OF INDRANEEL SUR

In accordance with the Court's Minute Orders of August 12, 2024 and September 11, 2024, I, Indraneel Sur, hereby declare the following:

1. I am a Trial Attorney at the Federal Programs Branch, Civil Division, United States Department of Justice assigned as a senior counsel to assist in representing Defendants in the above-enumerated action.

2. I did not participate in the negotiations between the parties in this action, except that, at one meeting between counsel for the parties in this action on June 20, 2024, I attended for the sole purpose of taking contemporaneous notes so that Deputy Branch Director Elizabeth J. Shapiro and former Special Litigation Counsel James J. Gilligan of the Branch could concentrate on negotiating on behalf of the Defendants.

3. As relevant to my assignment in this action, the Court's Minute Orders list five questions about the parties' negotiations on June 20, 2024. For those questions I have relied on my recollection as supplemented by a search of my electronic communications and calendar.

a. **The dates when negotiations took place**: The meeting I attended occurred on June 20, 2024.

b. **The locations where negotiations took place**: The June 20, 2024 meeting was held at the offices of counsel for the Defendants at the Federal Programs Branch in Washington, D.C.

c. **The participants in the negotiations**: At the June 20, 2024 meeting, from the Department of Justice, the participants were Deputy Branch Director Shapiro and Special Litigation Counsel Gilligan, and I joined for the sole purpose of taking contemporaneous notes. For the Plaintiff, the participants were General Counsel Matthew Berry, Deputy General Counsel Todd Tatelman, and, via video conference, Associate General Counsel Bradley Craigmyle.

d. **The numbers of calls and emails in furtherance of the negotiations**: My electronic communications do not show the number of calls and e-mails the parties exchanged concerning the June 20, 2024 meeting.

e. **The duration of any conversations**: The June 20, 2024 lasted about 60 minutes.

4. In her declaration filed today, Deputy Branch Director Shapiro addresses the "total number of attorney hours required to litigate this case and any potential appeal" and "the cost of each category of attorney hours" as required by the Minute Orders. Insofar as helpful for the Court, I estimate that the cost of my attendance at the 60-minute meeting of June 20, 2024 meeting was $213.24, applying an administrative formula that the Department uses to calculate hourly rates for Department attorneys.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: September 16, 2024

_____
INDRANEEL SUR