# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,

        *Plaintiff*,

v.

MARK DALY, *et al.*,

        *Defendants*.

Case No. 1:24-cv-815 (ACR)

## NOTICE OF WITHDRAWAL OF COUNSEL

Consistent with Local Civil Rule 83.6(b), I withdraw my appearance as counsel for the Committee on the Judiciary of the U.S. House of Representatives. I am leaving my position in the Office of General Counsel. The Committee will continue to be represented by the other attorneys who have appeared in this case.

    Respectfully submitted,

    */s/ Bradley Craigmyle*
    Bradley Craigmyle (IL Bar No. 6326760)
      *Associate General Counsel*
    OFFICE OF GENERAL COUNSEL
    U.S. HOUSE OF REPRESENTATIVES
    5140 O'Neill House Office Building
    Washington, D.C. 20515
    Telephone: (202) 225-9700
    Email: Bradley.Craigmyle@mail.house.gov

February 6, 2025