**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES, *Plaintiff*, v. MARK DALY, *et al.*, *Defendants*. | Case No. 1:24-cv-815 (ACR) |

**JOINT STATUS REPORT**

Plaintiff Committee on the Judiciary of the United States House of Representatives (Committee) and Defendants Mark Daly and Jack Morgan, in their official capacities, jointly submit this status report.

1. On October 23, 2024, the Court stayed this case and ordered that "[w]ithin 90 days of the swearing in of the 119th Congress, the parties shall file a joint status report informing the Court whether they intend to proceed with this litigation." *See* Oct. 23, 2024 Minute Order.

2. The 118th Congress ended at noon on January 3, 2025, and the 119th Congress was sworn in and commenced thereafter. *See* U.S. Const. amend. XX, §§ 1-2; 170 Cong. Rec. H7438 (daily ed. Jan. 3, 2025); 171 Cong. Rec. H1, H7 (daily ed. Jan. 3, 2025).

3. The Committee on the Judiciary of the U.S. House of Representatives for the 119th Congress is the successor in interest to the Committee on the Judiciary of the U.S. House of Representatives for the 118th Congress. *See* Rule II.8(c), Rules of the House of Representatives, 119th Cong. (2025), https://perma.cc/6WM7-5HHV; H. Res. 5, 119th Cong.

(2025) (adopting the rules package for the 119th Congress); *see also* 171 Cong. Rec. at H12-14 (section-by-section analysis for House Resolution 5).

4. House Resolution 5, which was adopted by the full House of Representatives, "authorize[d] the chair of the Committee on the Judiciary (when elected), on behalf of the Committee on the Judiciary," to issue subpoenas to "Mark Daly of the Department of Justice for a deposition related to the Department of Justice's investigation into R. Hunter Biden," and "Jack Morgan of the Department of Justice for a deposition related to the Department of Justice's investigation into R. Hunter Biden" and "to take all necessary steps as may be appropriate to continue the civil actions authorized by the House during the One Hundred Eighteenth Congress concerning the enforcement of the subpoenas issued to such individuals."  H. Res. 5, 119th Cong. § 3(v)(1)(B), (C), and (2).

5. The Honorable Jim Jordan, having been elected Chairman of the Committee on the Judiciary of the U.S. House of Representatives for the 119th Congress, *see* H. Res. 13, 119th Cong. (2025); 171 Cong. Rec. H48 (daily ed. Jan. 6, 2025), issued new subpoenas to Defendants Mark Daly and Jack Morgan on January 6, 2025.  Copies of the new subpoenas—which are substantively identical to the September 14, 2023 and February 22, 2024 subpoenas attached as Exhibits V, W, A, and B to the Complaint (March 21, 2024) (ECF No. 1), and which have been served on the Department of Justice, Mark Daly, and Jack Morgan—are attached as Exhibits A (Daly subpoena) and B (Morgan subpoena).

6. The return dates on the new subpoenas were January 15, 2025, at 10:00 AM, for Mark Daly, and January 16, 2025, at 10:00 AM, for Jack Morgan.

7. The deposition dates were subsequently postponed.  While the parties have spoken productively about resolving the case, additional time is required to reach a negotiated

resolution. Accordingly, the parties jointly request an additional 60 days to negotiate and will file another joint status report, if necessary, by no later than Monday, June 2, 2025.

| | |
|---|---|
| April 2, 2025 | Respectfully submitted, |
| YAAKOV M. ROTH<br>*Acting Assistant Attorney General* | */s/ Matthew B. Berry*<br>Matthew B. Berry (D.C. Bar No. 1002470)<br>    *General Counsel*<br>Todd B. Tatelman (VA Bar No. 66008)<br>    *Deputy General Counsel* |
| */s/ Elizabeth J. Shapiro*<br>ELIZABETH J. SHAPIRO<br>(D.C. Bar No. 418925) | Andy T. Wang (D.C. Bar No. 1034325)<br>    *Assistant General Counsel* |
| United States Department of Justice<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C. 20530<br>Tel: (202) 514-5302<br>Elizabeth.Shapiro@usdoj.gov | OFFICE OF GENERAL COUNSEL<br>U.S. HOUSE OF REPRESENTATIVES<br>5140 O'Neill House Office Building<br>Washington, DC 20515<br>Telephone: (202) 225-9700<br>Matthew.Berry@mail.house.gov |
| *Counsel for Defendants* | *Counsel for Plaintiff Committee on the Judiciary of the U.S. House of Representatives* |