IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COMMITTEE ON THE JUDICIARY,
UNITED STATES HOUSE OF
REPRESENTATIVES,

     *Plaintiff*,

 v.          Case No. 1:24-cv-815 (ACR)

MARK DALY, *et al.*,

     *Defendants*.

# Exhibit A

# SUBPOENA

## By Authority of the House of Representatives of the Congress of the United States of America

To: Mark F. Daly, Senior Litigation Counsel, Tax Division, U.S. Department of Justice

You are hereby commanded to be and appear before the Committee on the Judiciary

of the House of Representatives of the United States at the place, date, and time specified below.

☐ **to produce the things identified on the attached schedule** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of production: _____

Date: _____   Time: _____

☑ **to testify at a deposition** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: 2237 Rayburn House Office Building

Date: January 15, 2025   Time: 10:00 a.m.

☐ **to testify at a hearing** touching matters of inquiry committed to said committee or subcommittee; and you are not to depart without leave of said committee or subcommittee.

Place of testimony: _____

Date: _____   Time: _____

To: The U.S. Marshals Service, or any authorized Member or congressional staff _____ to serve and make return.

Witness my hand and the seal of the House of Representatives of the United States, at the city of Washington, D.C. this 6th day of January, 2025.

*[Signature: J. Jordan]*
Chairman or Authorized Member

Attest: *[Signature: Kevin F. McCumber]*
Clerk

## PROOF OF SERVICE

Subpoena for  Mark F. Daly, Senior Litigation Counsel, Tax Division, U.S. Department of Justice

Address  U.S. Department of Justice, 950 Pennsylvania Avenue, N.W. Washington, DC 20530

before the  Committee on the Judiciary

U.S. House of Representatives
119th Congress

Served by (print name) _____

Title _____

Manner of service _____

Date _____

Signature of Server _____

Address _____