# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMITTEE ON THE JUDICIARY, UNITED STATES HOUSE OF REPRESENTATIVES,<br><br>                  *Plaintiff*,<br><br>    v.<br><br>MARK DALY, *et al.*,<br><br>                  *Defendants*. | Case No.  1:24-cv-815 (ACR) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Committee on the Judiciary, United States House of Representatives, gives notice of its voluntary dismissal of the above-captioned action against Defendants Mark Daly and Jack Morgan without prejudice. Because Defendants have not filed an answer to the complaint or a motion for summary judgment, Plaintiff may dismiss the action without a Court order under Rule 41(a)(1)(A)(i).

                                          Respectfully submitted,

                                          */s/ Matthew Berry*
                                          MATTHEW BERRY
                                              *General Counsel*
                                          TODD B. TATELMAN
                                              *Deputy General Counsel*
                                          ANDY T. WANG
                                              *Associate General Counsel*

                                          OFFICE OF GENERAL COUNSEL
                                          U.S. HOUSE OF REPRESENTATIVES
                                          5140 O'Neill House Office Building
                                          Washington, D.C. 20515
                                          (202) 225-9700 (telephone)
                                          matthew.berry@mail.house.gov

May 23, 2025

                                          *Counsel for Plaintiff Committee on the Judiciary*